[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  12-16375
Non-Argument Calendar
_____

D. C. Docket No. 6:12-cr-00147-RBD-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUSTIN J. HERRING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(October 23, 2013)

Before HULL, JORDAN and BLACK, Circuit Judges.

BY THE COURT:

Robert Godfrey, counsel for Justin Herring in this direct criminal appeal, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Herring's conviction and sentence are **AFFIRMED**.